IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST CHOICE SERVICE, INC. <br><br> Defendant. | CIVIL ACTION NO. 1:17-cv-1967 |

## COMPLAINT

Plaintiff CSX Transportation, Inc. ("CSX") hereby files this Complaint against Best Choice Service, Inc. ("Best Choice") and avers as follows:

### Parties

1. CSX is a corporation incorporated under the laws of the Commonwealth of Virginia with its principal place of business in Jacksonville, Florida.

2. CSX operates as an interstate rail carrier subject to the jurisdiction of the United States Surface Transportation Board, and is governed by the provisions of the Interstate Commerce Act, 49 U.S.C. § 10101, *et seq.*

3. Best Choice was a corporation incorporated under the laws of the State of Illinois with its principal place of business in Roselle, Illinois.

4. Best Choice was a federally licensed property broker.

### Jurisdiction

5. Jurisdiction in this matter is based upon 28 U.S.C. § 1337 as this is a cause of action arising under the Interstate Commerce Act, 49 U.S.C. § 10101, *et seq.*

6. Jurisdiction in this matter is also based upon 28 U.S.C. § 1332(a) as the matter in controversy exceed $75,000.00 and there is complete diversity of citizenship among the parties.

## Venue

7. Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1391(a) and (b) because Best Choice resides in this judicial district and a substantial part of the events or omissions giving rise to CSX's cause of action occurred within this district.

## Predicate Facts

8. Best Choice entered into an agreement with CSX to transport freight by rail on behalf of Best Choice and its customers.

9. Best Choice agreed to pay freight charges to CSX for the interstate transportation of freight by rail in accordance with rates established by agreement with CSX.

10. Between January and March 2016, CSX provided interstate rail transportation and related services for the transportation of freight at the request of Best Choice, pursuant to the agreement.

11. CSX transported a number of shipments of freight by rail between Springfield, Massachusetts and Bedford Park, Illinois for Five Star.

12. Best Choice failed to pay the freight charges invoiced by CSX despite the interstate transportation of such freight by CSX on Best Choice's behalf.

13. Best Choice's failure to timely pay the invoiced freight charges resulted in finance charges accruing and continuing to accrue on delinquent invoices, pursuant to the terms of CSX's published tariffs.

14. The total of the freight charges owed to CSX by Best Choice is $142,790.00 plus accrued finance charges and other related charges in accordance with tariff CSXT 8100.

15. Although demand has been made for payment of the outstanding charges owed to CSX discussed herein, Best Choice has failed and/or refused to pay those charges which are due and owing to CSX.

**WHEREFORE**, CSX Transportation, Inc. respectfully demands that judgment be entered in its favor and against defendant, Best Choice Service, Inc., in the amount of $142,790.00, plus other related charges which may accrue, interest, costs, attorneys' fees, and such other relief as the Court deems just.

**KEENAN COHEN & MERRICK P.C.**

/s/ Jeffrey D. Cohen
Jeffrey D. Cohen
125 Coulter Avenue, Suite 1000
Ardmore, PA 19003
Phone: (215) 609-1110
Fax: (215) 609-1117
jcohen@freightlaw.net

*Attorneys for CSX Transportation, Inc.*

Dated: March 13, 2017